

NUMBER 13-18-00382-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. A/K/A VALLEY
REGIONAL MEDICAL CENTER,                                    Appellants,

v.

ELISEO GUERRERO, INDIVIDUALLY
AND ON BEHALF OF THE ESTATE OF HILDA
GUERRERO, DECEASED,                                         Appellees.

On Appeal from the 404th District Court
of Cameron County, Texas

## ORDER ABATING APPEAL

Before Chief Justice Valdez and Justices Longoria and Hinojosa
Per Curiam

This cause is before the Court on a joint motion to abate appeal pending

settlement. The parties have scheduled mediation for November 7, 2018 and request

that the Court abate the appeal to allow the parties to mediate and attempt to resolve the case.

The Court, having examined and fully considered the documents on file and the joint motion to abate, is of the opinion that the joint motion to abate the appeal should be granted. The joint motion to abate the appeal pending settlement is GRANTED and this appeal is ordered ABATED until November 15, 2018.

The Court directs the parties to file, on or before November 15, 2018, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed this the
6th day of November, 2018.

2